UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   JS-6

| Case No. | CV 12-8371-CAS (PLAx) | Date | December 5, 2012 |
|---|---|---|---|
| Title | IL UNG LIM V. WELLS FARGO BANK, N.A., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not present | Not present |

**Proceedings:**   (In Chambers:) ORDER REMANDING CASE TO THE LOS ANGELES COUNTY SUPERIOR COURT

On August 23, 2012, plaintiff Il Ung Lim filed the instant action in the Los Angeles County Superior Court against Wells Fargo Bank, N.A. ("Wells Fargo") and First American Trustee Servicing Solution, LLC ("First American"). In the complaint, plaintiff alleges a claim for quiet title of property allegedly owned by plaintiff in fee simple. The gravamen of plaintiff's complaint is that defendants are wrongfully attempting to pursue non-judicial foreclosure proceedings on plaintiff's home. Wells Fargo removed the action to this Court on September 28, 2012. Wells Fargo argued that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 because plaintiff is a citizen of California and Wells Fargo is a citizen of South Dakota, and the amount in controversy exceeds $75,000.

The Court issued an order to show cause on November 19, 2012, as to why this case should not be remanded for lack of subject matter jurisdiction. Dkt. No. 10. The Court noted that it had previously concluded that Wells Fargo is a citizen of California for purposes of diversity jurisdiction. Id. at 2. Wells Fargo filed a notice of its consent to remand of this action on December 3, 2012, while reserving its ongoing objections to a finding that Wells Fargo is a citizen of California for purposes of diversity jurisdiction. Dkt. No. 11. Accordingly, the Court hereby REMANDS this action to the Los Angeles County Superior Court.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |